UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08-CR- 62 |
| ) | |
| THOMAS FRANCO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty By Defendant Thomas Franco, (DE # 37) filed on November 7, 2008. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon Defendant's plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Thomas Franco's plea of guilty, and **FINDS** the Defendant guilty of Count 2 of the Indictment, in violation of Title 18 U.S.C. § 641.

This matter is set for sentencing on January 21, 2009, at 1:30 p.m.

**DATED: November 26, 2008**          /s/RUDY LOZANO, Judge
                                      **United States District Court**